# DOCUMENTS TO BE SEALED

PLAINTIFF

-V-

DEFENDANT



DOCKET NUMBER: __21 CV 02174__

DATE FILED: __MAR 1 2 2021__

SIGNED BY: __JUDGE ABRAMS__

DATE SIGNED: __FEB 1 7 2021__

TO BE FILED UNDER SEAL:

_____ ENTIRE ACTION

__✓__ COMPLAINT/PETITON ONLY

_____ OTHER DOCUMENTS/EXHIBITS