UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                 :

JEAN-CLAUDE FRANCHITTI,                   :

                                               :

                    Plaintiff,           :

                                               :          21-CV-2174 (JMF)

      -v-                                :

                                           :          ORDER

COGNIZANT TECHNOLOGY SOLUTIONS    :
CORPORATION, et al.,                 :

                                           :

                    Defendants.      :

                                         :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On March 18, 2021, Plaintiff filed a renewed motion to file the Complaint in this case under seal and file an unredacted version on the public docket. ECF No. 14. He states that he does so "out of an abundance of caution," in light of a court order in a separate suit to which Defendants are parties authorized the sealing of certain related materials. ECF No. 15, at 2; *see also Palmer v. Cognizant Tech. Sols. Corp.*, No. 2:17-CV-6848 (DMG) (C.D. Cal. Dec. 16, 2020), ECF No. 138. Plaintiff, raising "Defendants' . . . privacy interest[s]," requests that the Court authorize sealing "at least until . . . Defendant[s] has appeared in this matter." ECF No. 15, at 4, 6.

The Court hereby temporarily GRANTS the sealing request. Plaintiff shall file an unredacted version under seal on the current docket in accordance with the Court's Individual Rules and Practices for Civil Cases and the S.D.N.Y. ECF Rules & Instructions. No later than **two weeks after any Defendant has appeared**, it shall file a letter on ECF indicating whether it believes that the Complaint should continue to be sealed.

The Clerk of Court is directed to terminate ECF No. 14.

SO ORDERED.

Dated: March 18, 2021
       New York, New York                            JESSE M. FURMAN
                                           United States District Judge