UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEAN-CLAUDE FRANCHITTI,

                Plaintiff,

-v.-

COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION, et al.,

                Defendants.

21 Civ. 2174 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a video conference, via Microsoft Teams, on February 24, 2023 at 1:00 PM, to address, among other things, the parties' pre-motion submissions. The parties will receive log-in credentials via email. The public listen-only line may be accessed by dialing 646-453-4442 and entering Conference ID: 765 543 459#.

    SO ORDERED.

Dated: February 17, 2023
       New York, New York

                                        JENNIFER H. REARDEN
                                        United States District Judge