```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JEAN-CLAUDE FRANCHITTI,                                           :
                                                                  :
                          Plaintiff,                              :   21-CV-2174 (JMF)
                                                                  :
               -v-                                                :        ORDER
                                                                  :
COGNIZANT TECHNOLOGY                                              :
SOLUTIONS CORP. et al.                                            :
                                                                  :
                          Defendants.                             :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Plaintiff's discovery-related motions and sealing motions are resolved as set forth on the record. The parties are directed to the transcript for the Court's rulings.

- The June 2, 2023 settlement discussion deadline is ADJOURNED *sine die*. Within **two weeks** of a verdict in the *Palmer* trial, the parties are to submit a joint letter (1) informing the Court of the outcome; (2) confirming that the parties have engaged in preliminary settlement discussions; and (3) indicating whether they would like the Court to refer the case to the assigned Magistrate Judge and/or the Court-annexed mediation program for settlement purposes.

The Clerk of Court is directed to terminate ECF Nos. 97-102 and to unseal (i.e., convert to public view) ECF No. 101-main (that is, ECF No. 101-1 should remain under seal).

   SO ORDERED.

Dated: May 19, 2023
       New York, New York                      _____
                                                      JESSE M. FURMAN
                                                   United States District Judge