UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
JEAN-CLAUDE FRANCHITTI,                                                :
:
Plaintiff,                        :
:           21-CV-2174 (JMF)
-v-                                         :
:                    ORDER
COGNIZANT TECHNOLOGY SOLUTIONS CORP.    :
et al.,                                                                :
:
Defendant.                        :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The deadlines for summary judgment motion practice and pre-trial filings in this case are currently held in abeyance pending a verdict in the upcoming re-trial in *Palmer v. Cognizant Technology Solutions Corp.*, No. 17-CV-6848 (DMG) (C.D. Cal.). *See* ECF No. 116. In the interest of keeping the Court apprised of the status of that case and avoiding any unnecessary delay in this case, it is hereby ORDERED that the parties shall, unless and until the Court orders otherwise, file joint status letters providing relevant updates on the *Palmer* case **on the 15th of every other month**, beginning with **April 15, 2024** (and promptly after any material developments in the *Palmer* case).

      SO ORDERED.

Dated: March 27, 2024
      New York, New York

                                                JESSE M. FURMAN
                                      United States District Judge