UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JEAN-CLAUDE FRANCHITTI,                                            :
                                                                   :
                        Plaintiff,                               :         21-CV-2174 (JMF)
                                                                   :
               -v-                                             :              ORDER
                                                                   :
COGNIZANT TECHNOLOGY                                               :
SOLUTIONS CORP. et al.                                             :
                                                                   :
                        Defendants.                              :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated on the record during the teleconference held earlier today:

- The deadlines in this case are no longer held in abeyance. *See* ECF No. 117.

- Discovery is now closed, except that the parties may complete the one expert deposition left open.

- No later than **December 12, 2024**, the parties shall file a joint letter that (1) provides a status update on the parties' settlement efforts; and (2), in the event that settlement efforts are unsuccessful, proposes a summary judgment and *Daubert* briefing schedule and a briefing structure that avoids unnecessary and duplicative motions practice.

       SO ORDERED.

Dated: October 22, 2024
       New York, New York
                                                      JESSE M. FURMAN
                                                      United States District Judge