UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEAN-CLAUDE FRANCHITTI,

                Plaintiff(s),

-v-

COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION,

                Defendant(s).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/23/2024

**ORDER**

21-CV-2174 (JMF) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By an Order of Reference dated October 22, 2024, this case was referred to a Magistrate Judge for settlement. ECF No. 128. On October 23, 2024, the referral was reassigned to me. As soon as practicable, the parties are directed to contact Chambers at RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel or pro se litigants if they are unrepresented, to schedule a settlement conference for a time when they believe it would be productive. The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: October 23, 2024
      New York, New York

                                          Henry J. Ricardo
                                          United States Magistrate Judge