UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JEAN-CLAUDE FRANCHITTI,                                            :
:
Plaintiff,              :        21-CV-2174 (JMF)
:
-v-                     :        ORDER
:
COGNIZANT TECHNOLOGY                                               :
SOLUTIONS CORP. et al.                                             :
:
Defendants.             :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated during the teleconference held earlier today:

- Discovery is now over.

- The parties shall confer and file a joint letter no later than **February 19, 2025**, indicating the parties' availability (or lack thereof) for trial between May and October 2025.

- The parties shall, in accordance with the requirements described in the Court's Individual Rules and Practices in Civil Cases, file their proposed Joint Pretrial Order and any motions *in limine* no later than **March 27, 2025**. Any opposition to a motion *in limine* shall be filed by **April 10, 2025**. No replies shall be filed absent prior leave of Court.

SO ORDERED.

Dated: February 12, 2025
       New York, New York                    _____
                                             JESSE M. FURMAN
                                             United States District Judge