# Morgan Lewis

**Klair Fitzpatrick**
Partner
+1.215.963.4935
klair.fitzpatrick@morganlewis.com

March 13, 2026

**VIA ECF**

Hon. Jesse M. Furman
U.S. District Court for the Southern District of New York
500 Pearl Street, Courtroom 24B
New York, NY 10007

Re:    *Franchitti v. Cognizant Technology Solutions Corp., et al.*, No. 21-cv-02174-JMF
       **Request to Allow Witness to Use Electronic Device in Courtroom**

Dear Judge Furman:

We represent Defendants Cognizant Technology Solutions Corporation and Cognizant Technology Solutions U.S. Corporation ("Cognizant") in the above-referenced matter.  Pursuant to Rule B of Your Honor's Individual Rules and Practices for Hearings and Trials, we write to respectfully request permission for Witness Mark Livingston to bring a cell phone to Your Honor's Courtroom during the trial in this case, beginning on March 23, 2026.  Mr. Livingston requires his cell phone to monitor his blood sugar for medical purposes.

We thank Your Honor in advance for your consideration.

Sincerely,


*/s/ Klair Fitzpatrick*
A. Klair Fitzpatrick (*pro hac vice*)


cc:    All counsel (via ECF)


Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 189.

SO ORDERED.

March 13, 2026

**Morgan, Lewis & Bockius** LLP

2222 Market Street
Philadelphia, PA  19103-3007          **T** +1.215.963.5000
United States                         **F** +1.215.963.5001