# Morgan Lewis

**Klair Fitzpatrick**
Partner
+1.215.963.4935
klair.fitzpatrick@morganlewis.com

March 25, 2026

**VIA ECF**

Hon. Jesse M. Furman
U.S. District Court for the Southern District of New York
500 Pearl Street, Courtroom 24B
New York, NY 10007

Re:    ***Franchitti v. Cognizant Technology Solutions Corp., et al.*, No. 21-cv-02174-JMF**
       **Request to Allow Witness to Use Electronic Device in Courthouse**

Dear Judge Furman:

We represent Defendants Cognizant Technology Solutions Corporation and Cognizant Technology Solutions U.S. Corporation ("Cognizant") in the above-referenced matter.  Pursuant to Rule B of Your Honor's Individual Rules and Practices for Hearings and Trials, we write to respectfully request permission for Witness Neil Walker-Neveras to bring a laptop and cell phone to Your Honor's Courtroom during the trial in this case, on March 26, 2026.  Mr. Walker-Neveras requires his laptop and cell phone for a previously scheduled meeting from 9 to 10 AM on March 26, 2026, with his employer's Chief Executive Officer and Board of Directors.

We thank Your Honor in advance for your consideration.

Sincerely,

*/s/ Klair Fitzpatrick*
A. Klair Fitzpatrick (*pro hac vice*)

cc:    All counsel (via ECF)

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 199.

SO ORDERED.

March 25, 2026

**Morgan, Lewis & Bockius** LLP

2222 Market Street
Philadelphia, PA  19103-3007
United States
**T** +1.215.963.5000
**F** +1.215.963.5001