UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                        :

JEAN-CLAUDE FRANCHITTI,             :

           Plaintiff,         :         21-CV-2174 (JMF)

     -v-               :         ORDER

COGNIZANT TECHNOLOGY SOLUTIONS    :
CORPORATION et al,             :

           Defendants.    :

----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Attached to this Order are the notes sent by the jury during its deliberations (Court Exhibits 4-5 and 7), the Court's response to the jury note marked as Court Exhibit 5 (Court Exhibit 6), and the jury's verdict form (Court Exhibit 8), all with juror signatures redacted.

In accordance with the jury's verdict and the Court's Opinion and Order entered on July 8, 2022, *see* ECF No. 70, the Clerk of Court is directed to enter judgment on the claims in Plaintiff's Amended Complaint, *see* ECF No. 46, as follows and then close the case:

- In favor of Defendants on Counts I and II in their entirety;

- In favor of Defendants on all portions of Counts III and IV except for Plaintiff's termination-based retaliation claims; and

- In favor of Plaintiff on the termination-based retaliation claims in Counts III and IV, with compensatory damages for both Counts totaling $4,200,000 and punitive damages for Count III only of $4,200,000.

    SO ORDERED.

Dated: March 30, 2026
      New York, New York
                                  JESSE M. FURMAN
                                  United States District Judge

**COURT EXHIBIT 4**

Court Exhibit 4

## JURY NOTE

Good Afternoon. We would like to conclude our deliberations for today at 2:45 P.M. Thank You

Date: 03/27/2026

Time: 2:05 PM

**Foreperson's Signature**

**COURT EXHIBIT 5**

Court Exhibit 5

**JURY NOTE**

Good Morning Judge Furman, We would like to have the numbers of all exhibits pertaining to medical records. We have looked, but think we are missing something.

Date: 3/30/2026

Time: 11:52 AM

Foreperson's signature

**COURT EXHIBIT 6**

Court Exhibit 6

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

**JESSE M. FURMAN**                                    **(212) 805-0282**
**United States District Judge**          **Jesse_furman@nysd.uscourts.gov**

March 30, 2026

To the Members of the Jury:

We received your note asking for "the numbers of all exhibits pertaining to medical records."
Plaintiff's Exhibit 187 is a set of medical records from Dr. Marina Gafanovich.  In addition,
during cross-examination, Dr. Franchitti identified Defense Exhibit 65 as records from NYU
Hospital Center and answered questions in connection with those records.  Defense Exhibit 65
itself, however, was not admitted into evidence.

Thank you for your patience.

Thank you,

Judge Furman

**COURT EXHIBIT 7**

Court Exhibit 7

# JURY NOTE

Judge Furman. Good Afternoon
We have reached a verdict.

**Date:** 03.30.2026

**Time:** 1:44

**Foreperson's Signature**

**COURT EXHIBIT 8**

*Court Exhibit 3*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
:
JEAN-CLAUDE FRANCHITTI,                              :
:
                        Plaintiff,                  :              21-CV-2174 (JMF)
:
       -v-                               :
:              <u>VERDICT FORM</u>
COGNIZANT TECHNOLOGY SOLUTIONS          :
CORPORATION et al.,                                 :
:
                      Defendants.              :
:
------------------------------------------------------------------------X

## PLEASE CIRCLE YOUR ANSWERS
### *All Answers Must Be Unanimous*

## <u>Liability</u>

1.     Has Dr. Franchitti proved, by a preponderance of the evidence, that Cognizant is liable to him for retaliation in violation of federal and New York state law?

          **(YES)**       NO

       *[If you answered "NO," then skip the rest of the questions and proceed to the signature block on the last page.  If you answered "YES," proceed to Question 2.]*

### <u>Damages</u>

2.     Has Dr. Franchitti proved, by a preponderance of the evidence, that he is entitled to receive compensatory damages for any of the following injuries because of Cognizant's retaliation?

     a.  Back Pay

          **(YES)**       NO

       If so, what amount of back pay do you award?

       $ 4,200,000.00

b.  Front Pay

YES              NO

If so, what amount of front pay do you award, and for what period of time?

Amount: $_____          Time: _____

c.  Other injuries, such as mental or emotional distress

YES              NO

If so, what amount of compensatory damages for other injuries do you award?

$_____

*[If you answered "NO" with respect to all of the injuries listed in Question 2, nominal damages of $1.00 will be awarded to Dr. Franchitti.  Regardless of your answer to Question 2, proceed to Question 3.]*

3.  Has Dr. Franchitti proved, by a preponderance of the evidence, that he is entitled to punitive damages because of Cognizant's retaliation?

YES              NO

If so, what amount of punitive damages do you award?



$ 4,200,000.00

*[Proceed to the signature block on the last page.]*

2

*Please review your answers to all of the Questions above to ensure that they accurately reflect your unanimous determinations.  When you have done so, sign your names below, fill in the date and time, and inform the Court Security Officer — with a note, not the Verdict Form itself — that you have reached a verdict.*

After completing the form, each juror who agrees with this verdict must sign below:



Date:    03.30.2026

Time:    1:44 PM

3