**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JEAN-CLAUDE FRANCHITTI,

                             Plaintiff,                      21 **CIVIL** 02174 (JMF)

        -against-                                 **JUDGMENT**

COGNIZANT TECHNOLOGY SOLUTIONS
CORPORATION et al,

                         Defendant.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Jesse M. Furman, United States District Judge, in accordance with the jury's verdict and the Court's Opinion and Order entered on July 8, 2022, *see* ECF No. 70, judgment is entered on the claims in Plaintiff's Amended Complaint, *see* ECF No. 46, as follows: in favor of Defendants on Counts I and II in their entirety; in favor of Defendants on all portions of Counts III and IV except for Plaintiff's termination-based retaliation claims; and in favor of Plaintiff on the termination-based retaliation claims in Counts III and IV, with compensatory damages for both Counts totaling $4,200,000 and punitive damages for Count III only of $4,200,000. Accordingly, the case is closed.

**DATED:** New York, New York

        April 1, 2026

                                      TAMMI M. HELLWIG

SO ORDERED:

                                             Clerk of Court

                                 BY:

_____                   _____
U.S.D.J.                                     Deputy Clerk